**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re.                                                   No. C 11-5024 SI (pr)

RICKARD ANDERSON,                        **JUDGMENT**

        Plaintiff.

_____/

    This action is dismissed because it is frivolous.

    IT IS SO ORDERED AND ADJUDGED.

Dated: May 19, 2012

                                              SUSAN ILLSTON
                                            United States District Judge